## People of State of Illinois, Defendant in Error, v. Paul J. O'Shea, Plaintiff in Error.

### Gen. No. 46,236. (Abstract of Decision.)

Leonard N. Steiger, for plaintiff in error; John Gutknecht, State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 11, 1954; released for publication March 8, 1954.

## People of State of Illinois, Defendant in Error, v. William S. Bowman, Plaintiff in Error.

### Gen. No. 46,140. (Abstract of Decision.)

Ferlic & Gannon, Joseph D. Gannon, and Euclid Taylor, for plaintiff in error; Frank J. Ferlic, Joseph D. Gannon, and Euclid Taylor, of counsel; John Gutknecht,

State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## City Apartments, Inc., Appellee, v. Emil Ismaiel, Appellant.

### Gen. No. 46,243.   (Abstract of Decision.)

Irving D. Levin, and Paul R. Goldman, for appellant; Irving D. Levin, of counsel; Harold Marovitz, and Melvin F. Wingersky, for appellee; Melvin F. Wingersky, of counsel. Opinion by JUSTICE BURKE. **Not to be published in full.** Opinion filed January 11, 1954; released for publication March 8, 1954.

## Paysoff Tinkoff, Appellant, v. Estelle F. Cline et al., Defendants, Estelle F. Cline, Appellee.

### Gen. No. 45,922.   (Abstract of Decision.)